UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM DeVILLE | * | CIVIL ACTION NO.: 07-1345 |
| | * | |
| VERSUS | * | SECTION: E |
| | * | |
| THE REGIONAL TRANSIT AUTHORITY | * | MAGISTRATE: 3 |
| AND TRANSIT MANAGEMENT | * | |
| OF SOUTHEAST LOUISIANA AND | * | |
| MARK MAJOR | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the Unopposed Motion to Strike Jury Demand, filed by Defendant, the Regional Transit Authority;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant's Unopposed Motion to Strike Jury Demand is **GRANTED.**

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's demand for a jury trial is **STRICKEN**.

New Orleans   April 15th   2008

JUDGE MARCEL LIVAUDAIS, JR.